

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

jegan@seyfarth.com

T (212) 218-5291

www.seyfarth.com

April 15, 2022

**VIA ECF & EMAIL**

Hon. John P. Cronan
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

**Re:** *Kevin Yan Luis v. Columbia Sportswear Company*,
**Civil Action No.: 1:22-cv-02261-JPC (S.D.N.Y.)**

Dear Judge Cronan:

This firm represents Defendant Columbia Sportswear Company ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Kevin Yan Luis ("Plaintiff"), to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including May 20, 2022.

By way of background, Plaintiff commenced this action on or about March 18, 2022.  (ECF No. 1.)  Plaintiff served the Summons and Complaint on March 30, 2022, and Defendant's responsive pleading deadline is currently April 20, 2022.

This letter is the first request for an extension of Defendant's responsive pleading deadline.  Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

82121942v.1



Hon. John P. Cronan
April 15, 2022
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

This request is granted.  Defendant shall respond to the Complaint by May 20, 2022.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 6.

SO ORDERED.

Date: April 18, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

82121942v.1