

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

May 13, 2022

**VIA ECF & EMAIL**

Hon. John P. Cronan
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Kevin Yan Luis v. Columbia Sportswear Company*,
      Civil Action No.: 1:22-cv-02261-JPC (S.D.N.Y.)

Dear Judge Cronan:

This firm represents Defendant Columbia Sportswear Company ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Kevin Yan Luis ("Plaintiff"), to respectfully request a thirty-one (31) day extension of time for Defendant to respond to the Complaint, up to and including Monday, June 20, 2022. This letter is the second request for an extension of the responsive pleading deadline.

By way of background, Plaintiff commenced this action on or about March 18, 2022. (ECF No. 1.) On April 15, 2022, Defendant requested an extension of the responsive pleading deadline. (ECF No. 7.) The Court granted Defendant's application on April 18, 2022. Pursuant to the Court's Order, Defendant's responsive pleading deadline is currently March 18, 2022. (ECF No. 8.)

Defendant is requesting an extension of the foregoing deadlines to provide the parties with additional time to continue discussing a potential resolution of this case prior to expending resources on litigation activities.

This office has communicated with counsel for Plaintiff, and Plaintiff consents to this request. This application is being made in good faith and not to cause undue delay, and the requested extensions will not affect any other scheduled dates as there are no other deadlines or conferences scheduled in this action.

83475223v.1



Hon. John P. Cronan  
May 13, 2022  
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)

---

The Court grants the extension request.  Defendant shall respond to the Complaint by June 20, 2022.

SO ORDERED.

Date: May 16, 2022

New York, New York

_____
JOHN P. CRONAN
United States District Judge

83475223v.1