

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

June 17, 2022

**VIA ECF & EMAIL**

Hon. John P. Cronan
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Kevin Yan Luis v. Columbia Sportswear Company*,
      Civil Action No.: 1:22-cv-02261-JPC (S.D.N.Y.)

Dear Judge Cronan:

This firm represents Defendant Columbia Sportswear Company ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Kevin Yan Luis ("Plaintiff"), to respectfully request a thirty (30) day extension of time for Defendant to respond to the Complaint, up to and including July 20, 2022.  This letter is the third request for an extension of the responsive pleading deadline.

By way of background, Plaintiff commenced this action on or about March 18, 2022. (ECF No. 1.)  On April 15, 2022, Defendant requested extensions of the responsive pleading deadline on April 15, 2022 and May 13, 2022, both of which were granted by the Court.  (ECF No. 8, 11.)  Accordingly, Defendant's responsive pleading deadline is due June 20, 2022.

Since the Court granted Defendant's second extension request, the parties have exchanged settlement demands and proposals, and have made progress in this regard.  Defendant is requesting this third extension of time to allow the parties to focus their resources on continuing their discussions regarding a potential non-litigated resolution of this matter.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.  Defendant does not anticipate requesting an additional extension of time to respond to the Complaint absent extraordinary circumstances.

We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

84510042v.1



Hon. John P. Cronan
June 17, 2022
Page 2

Counsel for Defendant has been out of the office, and apologizes to the Court to the extent any inconvenience is caused by this late request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Lotus Cannon

Lotus Cannon

cc:   All counsel of record (via ECF)

The Court grants this request.  Defendant shall respond to the Complaint by July 20, 2022.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 12.

SO ORDERED.
Date: June 21, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge