UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself                    Case No. 1:22-CV-02261-JPC
and all others similarly situated,
                                 Plaintiffs,

                                                                   **NOTICE OF VOLUNTARY**
                                                                   **DISMISSAL**
                -against-                                   **WITH PREJUDICE**

Columbia Sportswear Company
                                 Defendant.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
           August 30, 2022

Respectfully Submitted,

**/s/ Noor A. Saab**
By: Noor A. Saab Esq.
380 North Broadway, Ste 300
Jericho, New York 11753
Tel: 718-740-5060
Fax: 718-709-5912
Email: SaabEsq@Gmail.com
*Attorney for Plaintiff*

---

The Court construes this filing as a notice of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order. See Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED
Date: August 31, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge